JS-6

# UNITED STATES DISTRICT COURT,
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ALEXANDRO LUEVANOS, <br> Plaintiff, <br> vs. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br> Defendant. | Case No. 5:17-cv-00129-PJW <br><br> JUDGMENT |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 20, 2017  _____
JUDGE ANDRÉ BIROTTE JR.
UNITED STATES MAGISTRATE JUDGE